Keith D. Cable, Esq., SBN 170055
**CABLE GALLAGHER**
101 Parkshore Drive, Suite 100
Folsom, CA  95630
916/608-7995 Tel.
916/608-7986 Fax

Attorneys for Plaintiff
EDWARD L. KEMPER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD L. KEMPER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CITY OF SACRAMENTO,<br><br>　　　　　Defendant. | Case No.: 2:13-cv-00088-MCE-EFB<br><br>**ORDER**<br><br><br><br>Judge: Hon. Morrison C. England, Jr. |

**ORDER**

　　The Court, having considered the Stipulation of Dismissal filed by the parties on September 20, 2013 (ECF No. 9), and good cause appearing therefor, hereby dismisses the matter with prejudice, pursuant to Fed. R. Civ. P. Rule 41(a)(1)(A)(ii), with each party to bear their own costs and attorneys' fees in connection with this action.

　　**IT IS SO ORDERED.**
**Dated:  October 2, 2013**

_____
MORRISON C. ENGLAND, JR, CHIEF JUDGE
UNITED STATES DISTRICT COURT